JOSH NEWTON (CA Bar No. 300264)
jn@karnopp.com
BEN ECKSTEIN (OR Bar No. 175090)
be@karnopp.com
KARNOPP PETERSEN LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
TEL: (541) 382-3011
FAX: (541) 383-3073

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PUBLIC TIMBER PURCHASERS' GROUP, an Oregon nonprofit corporation, and SIERRA PACIFIC INDUSTRIES, a California stock corporation,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE; RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, in his official capacity; and SCOTT RUSSELL, Forest Supervisor, Shasta-Trinity National Forest, United States Forest Service, in his official capacity,

Defendants.

Case No. 2:19-cv-01087-MCE-KJN

STIPULATION AND ORDER TO FILING OF FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)

Plaintiffs and Defendants hereby stipulate that, pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs may file the First Amended Complaint attached hereto as Exhibit 1, and Defendants consent to such filing. The parties agree that Defendants' response to the First Amended Complaint is due on September 23, 2019.

KARNOPP PETERSEN LLP

*/s/ Josh Newton*
JOSH NEWTON
Attorneys for Plaintiffs

McGREGOR W. SCOTT
United States Attorney

By: */s/ Victoria Boesch*
(as authorized on August 21, 2019)
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for Federal Defendants

**IT IS SO ORDERED.**

DATED: August 28, 2019

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE