JOSH NEWTON (CA Bar No. 300264)
jn@karnopp.com
BEN ECKSTEIN (OR Bar No. 175090)
be@karnopp.com
KARNOPP PETERSEN LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
TEL: (541) 382-3011
FAX: (541) 383-3073

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC TIMBER PURCHASERS' GROUP, an Oregon nonprofit corporation, and SIERRA PACIFIC INDUSTRIES, a California stock corporation,<br>　　　　　　　Plaintiffs,<br>　v.<br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE; RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, in his official capacity; and SCOTT RUSSELL, Forest Supervisor, Shasta-Trinity National Forest, United States Forest Service, in his official capacity,<br>　　　　　　　Defendants. | Case No. 2:19-cv-01087-MCE-KJN<br><br>ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER |

1.

On November 21, 2019, Plaintiffs and Defendants jointly moved the Court for an order modifying the Initial Pretrial Scheduling Order, dated June 14, 2019 ("Pretrial Order").

2.

Being fully advised, the Court hereby finds and orders as follows:

a. The parties' motion for an order modifying the Pretrial Order was made in good faith and for good cause;

b. The Pretrial Order is modified to incorporate the following briefing schedule; and

| Briefing Schedule for Cross-Motions for Summary Judgment | | |
|---|---|---|
| Event | Description | Deadline |
| 1. | Deadline for Plaintiffs to file Motion for Summary Judgment | February 19, 2020 |
| 2. | Deadline for Defendants to file Opposition to Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment | March 11, 2020 |
| 3. | Deadline for Plaintiffs to file Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment | March 25, 2020 |
| 4. | Deadline for Defendants to file Reply in Support of Defendants' Cross-Motion for Summary Judgment | April 8, 2020 |
| 5. | Oral argument on cross-motions for summary judgment. | To be set by the Court if appropriate. |

c. The parties are relieved of the requirement pursuant to Local Rule 260 to prepare and file a Statement of Undisputed Facts in connection with their cross-motions for summary judgment.

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE