JOSH NEWTON (CA Bar No. 300264)
jn@karnopp.com
SARAH MONKTON (OR Bar No. 196018)
srm@karnopp.com
KARNOPP PETERSEN LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
TEL: (541) 382-3011
FAX: (541) 383-3073

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC TIMBER PURCHASERS' GROUP, an Oregon nonprofit corporation, and SIERRA PACIFIC INDUSTRIES, a California stock corporation, | Case No. 2:19-cv-01087-MCE-KJN |
| Plaintiffs,<br>v. | ORDER MODIFYING JAN. 6 SCHEDULING ORDER |
| UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE; RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, in his official capacity; and SCOTT RUSSELL, Forest Supervisor, Shasta-Trinity National Forest, United States Forest Service, in his official capacity, | |
| Defendants. | |

1.

On January 28, 2020, Plaintiffs and Defendants jointly moved the Court for an order

modifying the Order Modifying the Initial Pretrial Scheduling Order, dated January 6, 2020

(Dkt. 24) ("Jan. 6 Scheduling Order").

Being fully advised, the Court hereby finds and orders as follows:

a. The parties' motion for an order modifying the Jan. 6 Scheduling Order was made in good faith and for good cause;

b. The Pretrial Order is modified to incorporate the following briefing schedule; and

| Briefing Schedule for Cross-Motions for Summary Judgment | | |
|---|---|---|
| Event | Description | Deadline |
| 1. | Deadline for Plaintiffs to file Motion for Summary Judgment | March 6, 2020 |
| 2. | Deadline for Defendants to file Opposition to Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment | April 3, 2020 |
| 3. | Deadline for Plaintiffs to file Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment | April 17, 2020 |
| 4. | Deadline for Defendants to file Reply in Support of Defendants' Cross-Motion for Summary Judgment | May 4, 2020 |
| 5. | Oral argument on cross-motions for summary judgment. | To be set by the Court |

c. The parties are relieved of the requirement pursuant to Local Rule 260 to prepare and file a Statement of Undisputed Facts in connection with their cross-motions for summary judgment.

IT IS SO ORDERED.

DATED: January 31, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE