JOSH NEWTON (CA Bar No. 300264)
jn@karnopp.com
SARAH MONKTON (OR Bar No. 196018)
srm@karnopp.com
KARNOPP PETERSEN LLP
360 SW Bond Street, Suite 400
Bend, Oregon 97702
TEL: (541) 382-3011
FAX: (541) 383-3073

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC TIMBER PURCHASERS' GROUP, an Oregon nonprofit corporation, and SIERRA PACIFIC INDUSTRIES, a California stock corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE; RANDY MOORE, Regional Forester, Pacific Southwest Region, United States Forest Service, in his official capacity; and SCOTT RUSSELL, Forest Supervisor, Shasta-Trinity National Forest, United States Forest Service, in his official capacity,<br><br>Defendants. | Case No. 2:19-cv-01087-MCE-KJN<br><br>ORDER MODIFYING JAN. 31 SCHEDULING ORDER |

1.

On February 28, 2020, Plaintiffs and Defendants jointly moved the Court for an order modifying the Order Modifying Jan. 6 Scheduling Order, dated January 31, 2020 (Dkt. 30) ("Jan. 31 Scheduling Order").

/ / /

ORDER MODIFYING JAN. 31 SCHEDULING ORDER  1

16152-007/1568060_2

2.

Being fully advised, the Court hereby finds and orders as follows:

a. The parties' motion for an order modifying the Jan. 31 Scheduling Order was made in good faith and for good cause;

b. The Pretrial Order is modified to incorporate the following briefing schedule; and

| Briefing Schedule for Cross-Motions for Summary Judgment | | |
|---|---|---|
| **Event** | **Description** | **Deadline** |
| 1. | Deadline for Plaintiffs to file Motion for Summary Judgment | March 27, 2020 |
| 2. | Deadline for Defendants to file Opposition to Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment | April 24, 2020 |
| 3. | Deadline for Plaintiffs to file Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment | May 22, 2020 |
| 4. | Deadline for Defendants to file Reply in Support of Defendants' Cross-Motion for Summary Judgment | June 12, 2020 |
| 5. | Oral argument on cross-motions for summary judgment. | To be set by the Court |

c. The parties are relieved of the requirement pursuant to Local Rule 260 to prepare and file a Statement of Undisputed Facts in connection with their cross-motions for summary judgment.

IT IS SO ORDERED.

Dated: March 5, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2020, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – Eastern District of California via the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

KARNOPP PETERSEN LLP

*/s/ Sarah R. Monkton*
SARAH R. MONKTON, PHV
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE 1

16152-007/1568060_2